# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       )<br>                                                                )<br>            Plaintiff,                              )<br>                                                                )<br>    v.                                                       )<br>                                                                )<br>                                                                )<br>**VICENTE RODRIQUEZ**, a/k/a      )<br>**VINCENTE RODRIQUEZ**,          )<br>            Defendant.                          )<br>_____) | Criminal Action<br><br>No. 10-__10172__-01-__JTM__ |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 9, 2010, in the District of Kansas,

**VICENTE RODRIQUEZ**, a/k/a
**VINCENTE RODRIQUEZ**,

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 679.5 grams methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A) and Title 18, United States Code, Section 2, Aiding and Abetting.

## COUNT 2

Beginning or about September 6, 2008 and continuing through October 2, 2008, in the District of Kansas,

**VICENTE RODRIQUEZ**, a/k/a
**VINCENTE RODRIQUEZ**,

the defendant herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed, with co-conspirators unindicted in this case, JUVENAL SAENZ-RAMIERZ A/K/A JUVENAL RAMIREZ A/K/A JUVENAL RAMIREZ-SAENZ A/K/A JUVI A/K/A JUVEN and LORENZO OLIVAS-CERVANTES A/K/A LORENZO OLIVAS A/K/A EL GALLITO A/K/A GALLO, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute approximately 784 grams of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Sections 846, with reference to Title 21, United States Code, Section 841(a) and (b)(1)(A).

A TRUE BILL

November 9, 2010                         s/Foreman
DATE                                     FOREMAN OF THE GRAND JURY

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
KS Bar No. 13267

(It is requested that trial be held in Wichita, Kansas).